**Sean D. BLACK, Plaintiff–Appellant,**

v.

**E. WILLIS, Ms., T.P.S; Carl Manis, Mr., AWT/N.C.C.; D.A. Robinson, Mr., Warden/ N.C.C., Defendants–Appellees.**

No. 03–6266.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 24, 2003.

Sean D. Black, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Sean D. Black appeals the district court's order granting summary judgment to the defendant state officials in his 42 U.S.C. § 1983 (2000) suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Black v. Willis,* No. CA–02–370–2 (E.D.Va. Jan. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*